<u>NOT FOR PUBLICATION</u>

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| HEARTLAND PAYMENT SYSTEMS, LLC,<br><br>   *Plaintiff*,<br><br> v.<br><br>ROBERT MICHAEL VOLRATH,<br><br>   *Defendant*. | Civil No. 2:17-5323 (KSH) (CLW)<br><br><u>Order</u> |

 Defendant having appealed Magistrate Judge Waldor's grant of plaintiff's motion to quash (D.E. 79); the Court having reviewed the parties' submissions (D.E. 61-1; 84-2); and for the reasons expressed in the Court's opinion filed herewith,

 **IT IS** on this 31st day of December 2017, hereby

 **ORDERED** that defendant's appeal is **DENIED**.

             s/ Katharine S. Hayden
             Katharine S. Hayden, U.S.D.J.